PHILLIP A. TALBERT
United States Attorney
CHI SOO KIM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:22-po-00382-KJN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | CONTINUE BENCH TRIAL; AND |
| v. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| SEVERIN STEVENSON, | ) | DATE:  February 6, 2023 |
| | ) | TIME:   9:00 a.m. |
| | ) | JUDGE: Hon. Kendall J. Newman |
| Defendant. | ) | |
| | ) | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, proceeding *pro se*, stipulate as follows:

1.      By previous order, this matter was scheduled for an in-person bench trial on February 6, 2023, at 9:00 a.m.

2.      The defendant and counsel for the government have discussed scheduling.  The defendant requested more time to prepare.

/ / /

/ / /

/ / /

/ / /

3.      By this stipulation, the parties now jointly move to continue the in-person bench trial to in-person on June 5, 2023, at 9:00 a.m.

IT IS SO STIPULATED.


DATED: January 25, 2023                    PHILLIP A. TALBERT
                                           United States Attorney


                                   By:  */s/ Chi Soo Kim*_____
                                        CHI SOO KIM
                                        Assistant U.S. Attorney


                                        */s/ Severin Stevenson*_____
                                        SEVERIN STEVENSON
                                        Defendant
                                        (*Per 01/24/2023 email authorization*)


                        **FINDINGS AND ORDER**

IT IS SO ORDERED, that the bench trial scheduled in-person for February 6, 2023, is continued to June 5, 2023, at 9:00 a.m., in-person.

FOUND AND ORDERED.


Dated:  January 25, 2023


                                        _____
                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE