PHILLIP A. TALBERT
United States Attorney
DHRUV M. SHARMA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-po-00382-KJN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE BENCH TRIAL; AND CERTIFICATE OF SERVICE |
| v. | |
| SEVERIN E. STEVENSON, | DATE:  June 5, 2023 |
| | TIME:   9:00 a.m. |
| | JUDGE: Hon. Kendall J. Newman |
| Defendant. | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, proceeding *pro se*, stipulate as follows:

1. By previous order, this matter was scheduled for an in-person bench trial on June 5, 2023, at 9:00 a.m.

2. The defendant and counsel for the government have discussed scheduling.  The defendant has requested more time to prepare. More specifically, the area in which defendant was cited remains snowbound, preventing the gathering of evidence. Defendant is also awaiting the results of a Freedom of Information Act request. The government does not oppose defendant's request.

/ / /

/ / /

3. By this stipulation, the parties now jointly move to continue the in-person bench trial to in-person on August 28, 2023, at 9:00 a.m.

IT IS SO STIPULATED.

DATED: May 12, 2023                             PHILLIP A. TALBERT
                                                United States Attorney

                                         By:    /s/ Dhruv M. Sharma
                                                DHRUV M. SHARMA
                                                Assistant U.S. Attorney


                                                /s/ Severin Stevenson
                                                SEVERIN STEVENSON
                                                Defendant
                                                (*Per 05/12/2023 email authorization*)


**FINDINGS AND ORDER**

IT IS SO ORDERED, that the bench trial scheduled in-person for June 5, 2023, is continued to August 28, 2023, at 9:00 a.m. in-person.

FOUND AND ORDERED.


Dated: May 16, 2023

                                                KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE