PHILLIP A. TALBERT
United States Attorney
DHRUV M. SHARMA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:22-po-00382-KJN |
|---|---|---|
| Plaintiff, | ) | ORDER TO DISMISS AND VACATE BENCH TRIAL |
| v. | ) | |
| SEVERIN E. STEVENSON, | ) | DATE:  August 28, 2023<br>TIME:   9:00 a.m.<br>JUDGE: Hon. Kendall J. Newman |
| Defendant. | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss is GRANTED. The Citation issued in case number 2:22-po-00382-KJN, and the case itself, are hereby dismissed without prejudice.

It is further ordered that the bench trial scheduled on August 28, 2023, is vacated.

IT IS SO ORDERED.

Dated: August 17, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE